1  Dan Bacal, Esq., SBN 91486
   LAW OFFICES OF DAN BACAL
2  275 East Douglas Ave., Suite 114
   El Cajon, California 92020
3  (619) 588-2064, FAX 839-3133
   Email: dan@bacallaw.com
4
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHLOE MAURI,<br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF THE NAVY,<br>    Defendants. | CASE NO. '16CV2689 AJB JMA<br><br>**COMPLAINT FOR DAMAGES**<br><br>(Federal Tort Claim) |
|---|---|

Plaintiff alleges:

1.  This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1346(b), 1367 and 2674.

2.  Plaintiff filed a timely administrative claim with the United States Department of the Navy on or about March 28, 2016, within two years after her claim accrued. The claim was denied by operation of law. Thus does this Court have jurisdiction over the instant matter.

3. Venue is proper in the Southern District of California because a substantial part of the acts and/or omissions giving rise to Plaintiff's claim occurred in this District.

4. Plaintiff believes, and thereon alleges, that defendants, and each of them, were at all times mentioned the agents, servants and employees or representatives of the remaining defendants, and each of them, and at all times herein mentioned were acting within the course, scope and purposes of such agency and employment, with the consent, express and implied, of the remaining defendants, and each of them.

5. Plaintiff is, and at all times herein mentioned was a resident of the County of San Diego, State of California.

6. At all times herein mentioned, Defendants' employee was the driver of the motor vehicle referred to herein and was acting within the course, scope and purposes of such employment and agency and was driving the motor vehicle with the knowledge, permission and consent, express and implied, of the Defendants, and each of them.

7. At all times herein mentioned, Defendants, and each of them, were the owners of the same motor vehicle referred to herein.

8. At all times herein mentioned, Plaintiff was driving a motor vehicle.

9. At all times herein mentioned, Park Blvd. and Wieber Ave. are public

roads located in San Diego County, California.

10. On or about October 7, 2016, Plaintiff was driving northbound on Park Blvd. approaching the intersection of Wieber Ave. At the same time Defendants' employee was attempting to turn left from westbound Wieber Ave. onto southbound Park Blvd.

11. At said time and place, Defendants' employee so negligently, carelessly and recklessly entrusted, managed, maintained, drove, operated, controlled and supervised said motor vehicle so as to violate Plaintiff's right of way and cause the vehicle to collide with Plaintiff's vehicle, thereby proximately causing the injuries to Plaintiff as hereinafter alleged.

12. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was hurt and injured in her health, strength and activity, sustaining injury to her body and shock and injury to her nervous system and person, all of said injuries which have caused and continue to cause great mental, physical and nervous pain and suffering. Plaintiff is informed and believes and upon such information and belief alleges, that said injuries will result in permanent disability to Plaintiff all to her damage in a sum to be proved at the time of trial.

13. As a further direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has been required to employ physicians and surgeons to examine, treat and care for her and to incur medical and incidental

expenses. Plaintiff is informed and believes, and thereon alleges, that she will continue to require physicians and surgeons to treat, examine and care for her and she will incur future associated medical and incidental expenses. The exact amount of said medical and incidental expenses is unknown at this time and Plaintiff will seek leave to amend this complaint to state the same when fully ascertained, or as according to proof at trial.

14. As a further direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has been prevented from attending to her usual employment and has thereby suffered a loss of earnings. Plaintiff is informed and believes, and thereon alleges, that she will be prevented from maintaining her employment in the future, and have suffered a loss of earning capacity. The amount of said loss of earnings and loss of earning capacity is currently unascertained. Plaintiff will seek leave to amend this Complaint to state the same when fully known or as according to proof at trial.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages according to proof;

2. For all medical and related expenses, past and present, according to proof;

3. For all loss of earnings and earning capacity in the future, according

to proof;

4. For costs of suit herein incurred; and

5. For such other and further relief as the Court may deem proper.

Dated:   10/31/16                                        LAW OFFICES OF DAN BACAL

                                                         By: s/ Dan Bacal
                                                         DAN BACAL

                                                         Attorney for Plaintiff
                                                         E-mail: dan@bacallaw.com

COMPLAINT FOR DAMAGES

-5-